```
CONSUMER PORTFOLIO SERVICES (CPS)
P.O. BOX 57071
IRVINE, CALIFORNIA 92619-7071
Ph: 800) 342-9248  Fax: 949)790-8030
```

UNITED STATES BANKRUPTCY COURT
EASTERN District of MICHIGAN,

| | |
|---|---|
| In re: | ) Case No.: No. 12-60847 |
| | ) |
| GLORIA & ROOSEVELT PUTTEN, | ) Chapter 13 |
| | ) |
| Debtor(s) | ) **NOTICE TO WITHDRAW A CLAIM FOR** |
| | ) **CREDITOR – CONSUMER PORTFOLIO** |
| | ) **SERVICES (CPS)** |

NOTICE IS HEREBY GIVEN TO DEBTOR'S ATTORNEY AND TRUSTEE: that Consumer Portfolio Services (CPS) is withdrawing its claim number 6. **This claim was filed in error.**

Dated:  06-13-2013

                                                  /s/ KIM SNYDER
                                                  KIM SNYDER
                                                  BANKRUPTCY REPRESENTATIVE